ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
RACHEL K. STEVENSON, ESQ. (SBN: 172525)
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566
Telephone No.: (707) 542-5050
Facsimile No.: (707) 542-2589
rstevenson@abbeylaw.com

Attorneys for Creditor/Moving Party
McLean Survivors Trust

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>SCHMOOK RANCH, LLC,<br><br>Debtor. | Case No. 09-11827<br>Chapter 7<br><br>Date: December 23, 2010<br>Time: 9:00 a.m.<br>Location: 99 S. E Street, Santa Rosa, CA |

## McLEAN SURVIVORS TRUST'S MOTION FOR AMENDED ORDER RE: MOTION FOR RELIEF FROM STAY; DECLARATION OF RACHEL K. STEVENSON

TO: HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:

McLEAN SURVIVORS TRUST (the "McLean Trust"), creditor herein, by and through counsel, hereby moves this Court for an Amended Order Re: Motion for Relief from Stay.

The Motion is made on the grounds that such an amendment is necessary to avoid prejudice and injury to the McLean Trust. The Motion will be made and based hereon, and on the Declaration of Rachel K. Stevenson appended hereto.

Dated: December 16, 2010                ABBEY, WEITZENBERG, WARREN & EMERY

                                        BY:     /s/ Rachel K. Stevenson
                                                RACHEL K. STEVENSON,
                                                Attorneys for McLean Survivors Trust

# DECLARATION OF RACHEL K. STEVENSON

I, RACHEL K. STEVENSON, declare as follows:

1. I am an attorney licensed to practice before this Court and am associated with the law firm of Abbey, Weitzenberg, Warren & Emery, attorneys of record for the McLean Survivors Trust. I am familiar with the pleadings and records on file herein and, if called upon as a witness, am competent to testify to the within matters from my own knowledge.

2. On April 8, 2010, this Court granted the McLean Trust's Motion for Relief from Stay. An Order granting the Motion was entered April 9, 2010. [Docket No. 75.] An Amended Order was entered on April 14, 2010. [Docket No. 78.] *(A true and correct copy of the Amended Order is attached hereto as Exhibit "A.")* The Amended Order fails to describe *all* of the real property which was the subject of the Motion for Relief. Specifically, the Motion and Memorandum of Points and Authorities (Docket #56, at p. 2:14 - 26), and supporting Declaration of Eugene Lucas (Docket # 56-2 at p. 2:19 - 3:8; Docket # 56-12), addressed and described the Debtor's default on a Promissory Note payable by the Debtor herein in the amount of $61,354.40 ("Promissory Note 2"), which is secured by a First Deed of Trust against the Debtor's real property which consists of various parcels of land situated in the unincorporated area of Humboldt County, California. The Court granted the Motion in its entirety. However, the real property securing Promissory Note 2 was inadvertently omitted from identification on the Amended Order.

3. In order to avoid complications with the enforcement of its state court remedies, including foreclosure on the real property securing Promissory Note 2, the McLean Trust desires to have the Order amended to include a description of the in advertently omitted real property. *(A copy of the proposed Amended Order, which is also being uploaded for the Court's review, is attached hereto as Exhibit "B.")*

4. No party will be prejudiced by the foregoing amendment. The McLean Trust will be prejudiced without such an amendment, in that its title company has indicated a refusal to rely upon the Order in its current form to proceed with a trustee's sale of the property which secures Promissory Note 2 and which is properly subject to the Order granting relief from stay.

/ / /

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed this 16th day of December, 2010, at Santa Rosa, California.

                                          */s/ Rachel K. Stevenson*
                                          RACHEL STEVENSON

Exhibit "A"

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
RACHEL K. STEVENSON, ESQ. (SBN: 172525)
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566
Telephone No.: (707) 542-5050
Facsimile No.: (707) 542-2589
rnunes@abbeylaw.com

Attorneys for Creditor/Moving Party
McLean Survivors Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In Re:

SCHMOOK RANCH, LLC,

Debtor.

Case No. 09-11827
Chapter 7

Date: April 8, 2010
Time: 9:00 a.m.
Location: 99 South E St., Santa Rosa, CA

## AMENDED ORDER ON McLEAN SURVIVORS TRUST'S MOTION FOR RELIEF FROM STAY

Upon the Motion for Relief from Automatic Stay filed by McLean Survivors Trust, no opposition having been made thereto, the matter having come on regularly for hearing before the undersigned United States Bankruptcy Judge on April 8, 2010, the appearances having been duly noted on the record, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted and that Moving Party is hereby granted relief from the automatic stay of 11 U.S.C. § 362, and may proceed to enforce its remedies as secured creditor, including the right to foreclose upon the property described in the Motion and more commonly known as the "Schmook Ranch," which is comprised of approximately 3500 acres of land in the unincorporated area of Garberville, Humboldt County, California, (also known as "Property #1" in "Tract A," "Property #2" in "Tract B," "Property #3" in "Tract C," "Property #5" in "Tract D," "Property #6" in "Tract E," and "Property #7" in "Tract F").

Dated: April 14, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

Exhibit "B"

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
RACHEL K. STEVENSON, ESQ. (SBN: 172525)
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566
Telephone No.: (707) 542-5050
Facsimile No.: (707) 542-2589

Attorneys for Creditor/Moving Party
McLean Survivors Trust

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In Re:

SCHMOOK RANCH, LLC,

Debtor.

Case No. 09-11827
Chapter 7

Date: April 8, 2010
Time: 9:00 a.m.
Location: 99 South E St., Santa Rosa, CA

## SECOND AMENDED ORDER ON McLEAN SURVIVORS TRUST'S MOTION FOR RELIEF FROM STAY

Upon the Motion for Relief from Automatic Stay filed by McLean Survivors Trust, no opposition having been made thereto, the matter having come on regularly for hearing before the undersigned United States Bankruptcy Judge on April 8, 2010, the appearances having been duly noted on the record, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted and that Moving Party is hereby granted relief from the automatic stay of 11 U.S.C. § 362, and may proceed to enforce its remedies as secured creditor, including the right to foreclose upon the property described in the Motion and more commonly known as the "Schmook Ranch," which is comprised of approximately 3500 acres of land in the unincorporated area of Garberville, Humboldt County, California, (also known as "Property #1" in "Tract A," "Property #2" in "Tract B," "Property #3" in "Tract C," "Property #5" in "Tract D," "Property #6" in "Tract E," and "Property #7" in "Tract F"), and additional real property, also located in the unincorporated area of Humboldt County, known as Parcels One

1. through Five of "Tract F-1," a portion of which maintains Assessor's Parcel Number 523-021-02.

*** END OF ORDER***