ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
RACHEL K. STEVENSON, ESQ. (SBN: 172525)
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566
Telephone No.: (707) 542-5050
Facsimile No.: (707) 542-2589
rstevenson@abbeylaw.com

Attorneys for Creditor/Moving Party
McLean Survivors Trust

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In Re:

SCHMOOK RANCH, LLC,

    Debtor.

Case No. 09-11827
Chapter 7

**Date: December 23, 2010**
**Time: 9:00 a.m.**
**Location: 99 South E St., Santa Rosa, CA**

### NOTICE OF HEARING ON McLEAN SURVIVORS TRUST'S MOTION FOR AMENDED ORDER RE: MOTION FOR RELIEF FROM STAY

TO THE CHAPTER 7 TRUSTEE AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on **December 23, 2010**, at **9:00 a.m.**, at **99 South E Street, Santa Rosa, California**, the McLEAN SURVIVORS TRUST will move the above-entitled Court for an order amending the Order Re: Motion for Relief from Stay previously entered on April 14, 2010 [Docket No. 78], to include a description of real property which was the subject of the McLean Trust's underlying motion for relief, but inadvertently omitted from the Order granting same. Specifically, the Motion and Memorandum of Points and Authorities and supporting Declaration of Eugene Lucas all addressed and described the Debtor's default on a Promissory Note payable by the Debtor in the amount of $61,354.40 ("Promissory Note 2"), which is secured by a First Deed of Trust against the Debtor's real property which consists of various parcels of land situated in the unincorporated area of Humboldt County, California. The Court granted the Motion in its entirety. However, the real property securing Promissory Note 2 was inadvertently omitted from identification in the Order. By this Motion, the McLean Trust seeks to amend the Order to

include said inadvertently omitted property.

    Said Motion will be based upon the fact that no party will be prejudiced by the foregoing amendment, and the McLean Trust will be prejudiced without such an amendment, in that it cannot proceed with a trustee's sale of the property which secures Promissory Note 2 without such amendment.

    The Motion will be further based upon this Notice of Hearing and Motion, and the accompanying Declaration of Rachel K. Stevenson filed in support thereof, as well as the files and pleadings in this case.

    YOU ARE HEREBY NOTIFIED that if you do not appear personally or through counsel at the above-described time and place, the relief prayed for in the Motion accompanying this Notice will be granted by the Court and McLean Trust will be allowed to pursue all rights under its Deed of Trust, including foreclosure.

Dated: December 16, 2010        Respectfully submitted,

                                      ABBEY, WEITZENBERG,
                                      WARREN & EMERY

                                      By:   */s/ Rachel K. Stevenson*
                                             Rachel K. Stevenson
                                             Attorneys for McLean Survivors Trust

# PROOF OF SERVICE

I declare that:

I am employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within cause; my business address is 100 Stony Point Road, Ste. 200, P. O. Box 1566, Santa Rosa, California 95402-1566.

On the date set out below, I served the following:

**Notice of Hearing on McLean Survivors Trust's Motion for Amended Order Re: Motion for Relief from Stay; and**

**McLean Survivors Trust's Motion for Amended Order Re: Motion for Relief from Stay; Declaration of Rachel K. Stevenson**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Schmook Ranch, LLC<br>P.O. Box 2195<br>Mill Valley, CA 94942 | Debtor |
| Law Offices of Michael C. Fallon<br>100 E St. #219<br>Santa Rosa, CA 95404 | Debtor's Attorney |
| Stacy Favaloro<br>626 Orchard St.<br>Watsonville, CA 95076 | Responsible Individual |
| Office of the U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104-3401 | U.S. Trustee |
| Jeffry Locke<br>530 Alameda Del Prado #396<br>Novato, CA 94949 | Chapter 7 Trustee |
| Ed Tredinnick, Esq.<br>4 Embarcadero Center, Ste. 4000<br>San Francisco, CA 94111 | Counsel for Chapter 7 Trustee |
| Don Miselis<br>Bank of Willits<br>P.O. Box 580<br>Willits, CA 95490 | Creditor |
| PLM Lender Services<br>46 N. Second Street<br>Campbell, CA 95008 | Creditor |

-3-

| | |
|---|---|
| Selzer Home Loans<br>Wendy Fetzer<br>350 E. Gobbi Street<br>Ukiah, CA 95482 | Creditor |
| Law Office of Christopher G. Metzger<br>707 "K" Street<br>Eureka, CA 95501 | Attorney for Creditor,<br>Milk Ranch Creek, LLC |

/xx/ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 16, 2010, at Santa Rosa, California.

                                                /s/ *Julie Heydel*
                                                Julie Heydel