Entered on Docket
December 27, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 23, 2010



```
                                                    _____
                                                            ALAN JAROSLOVSKY
                                                            U.S. Bankruptcy Judge
```

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
RACHEL K. STEVENSON, ESQ. (SBN: 172525)
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566
Telephone No.: (707) 542-5050
Facsimile No.: (707) 542-2589

Attorneys for Creditor/Moving Party
McLean Survivors Trust

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>SCHMOOK RANCH, LLC,<br><br>Debtor. | Case No. 09-11827<br>Chapter 7<br><br>Date: December 23, 2010<br>Time: 9:00 a.m.<br>Location: 99 South E St., Santa Rosa, CA |

### ORDER GRANTING McLEAN SURVIVORS TRUST'S MOTION FOR AMENDED ORDER RE: MOTION FOR RELIEF FROM STAY

Upon the Motion for Amended Order Re: Motion for Relief from Stay filed by McLean Survivors Trust, no opposition having been made thereto, the matter having come on regularly for hearing before the undersigned United States Bankruptcy Judge on December 23, 2010, the appearances having been duly noted on the record, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted. The Order attached hereto as Exhibit "A" shall become the Order of the Court.

*** END OF ORDER ***

# EXHIBIT "A"

| | |
|---|---|
| 1 | ABBEY, WEITZENBERG, WARREN & EMERY, P.C.<br>RICHARD W. ABBEY, ESQ. (SBN: 053039) |
| 2 | RACHEL K. STEVENSON, ESQ. (SBN: 172525)<br>100 Stony Point Road, Ste. 200 |
| 3 | Post Office Box 1566<br>Santa Rosa, California 95402-1566 |
| 4 | Telephone No.: (707) 542-5050<br>Facsimile No.: (707) 542-2589 |
| 5 | |
| 6 | Attorneys for Creditor/Moving Party<br>McLean Survivors Trust |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In Re:

SCHMOOK RANCH, LLC,

Debtor.

Case No. 09-11827
Chapter 7

Date: April 8, 2010
Time: 9:00 a.m.
Location: 99 South E St., Santa Rosa, CA

### SECOND AMENDED ORDER ON McLEAN SURVIVORS TRUST'S MOTION FOR RELIEF FROM STAY

Upon the Motion for Relief from Automatic Stay filed by McLean Survivors Trust, no opposition having been made thereto, the matter having come on regularly for hearing before the undersigned United States Bankruptcy Judge on April 8, 2010, the appearances having been duly noted on the record, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted and that Moving Party is hereby granted relief from the automatic stay of 11 U.S.C. § 362, and may proceed to enforce its remedies as secured creditor, including the right to foreclose upon the property described in the Motion and more commonly known as the "Schmook Ranch," which is comprised of approximately 3500 acres of land in the unincorporated area of Garberville, Humboldt County, California, (also known as "Property #1" in "Tract A," "Property #2" in "Tract B," "Property #3" in "Tract C," "Property #5" in "Tract D," "Property #6" in "Tract E," and "Property #7" in "Tract F"), and additional real property, also located in the unincorporated area of Humboldt County, known as Parcels One

through Five of "Tract F-1," a portion of which maintains Assessor's Parcel Number 523-021-02.

*** END OF ORDER***