Entered on Docket
December 27, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 23, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
RACHEL K. STEVENSON, ESQ. (SBN: 172525)
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566
Telephone No.: (707) 542-5050
Facsimile No.: (707) 542-2589

Attorneys for Creditor/Moving Party
McLean Survivors Trust

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>SCHMOOK RANCH, LLC,<br><br>Debtor. | Case No. 09-11827<br>Chapter 7<br><br>Date: April 8, 2010<br>Time: 9:00 a.m.<br>Location: 99 South E St., Santa Rosa, CA |

**SECOND AMENDED ORDER ON McLEAN SURVIVORS TRUST'S MOTION FOR RELIEF FROM STAY**

Upon the Motion for Relief from Automatic Stay filed by McLean Survivors Trust, no opposition having been made thereto, the matter having come on regularly for hearing before the undersigned United States Bankruptcy Judge on April 8, 2010, the appearances having been duly noted on the record, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted and that Moving Party is hereby granted relief from the automatic stay of 11 U.S.C. § 362, and may proceed to enforce its remedies as secured creditor, including the right to foreclose upon the property described in the Motion and more commonly known as the "Schmook Ranch," which is comprised of approximately 3500 acres of land in the unincorporated area of Garberville, Humboldt County, California, (also known as "Property #1" in "Tract A," "Property #2" in "Tract B," "Property #3" in "Tract C," "Property #5" in "Tract D," "Property #6" in "Tract E," and "Property #7" in "Tract F"), and additional real property, also located in the unincorporated area of Humboldt County, known as Parcels One

1 | through Five of "Tract F-1," a portion of which maintains Assessor's Parcel Number 523-021-02.
2 |
3 | *** END OF ORDER ***
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |